UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LEWIS et al.,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. 3:22-cv-05616-DGE<br><br>ORDER GRANTING UNOPPOSED MOTIONS TO AMEND ANSWER AND RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSION NO. 22 |

Defendant Union Pacific Railroad Company filed an unopposed Motion to Amend its Answer and Affirmative Defenses on September 18, 2023 (Dkt. No. 18) and an unopposed Motion to Amend its Response to Plaintiffs' Request for Admission No. 22 (Dkt. No. 19). For the reasons set forth in both motions, leave is hereby GRANTED to Union Pacific Railroad Company to amend its Answer and Affirmative Defenses and to amend its Response to Plaintiffs' Request for Admission No. 22.

DATED this 19th day of September 2023.

David G. Estudillo
United States District Judge