HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **CHRISTOPHER LEWIS** and **CORRI LEWIS**, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>**UNION PACIFIC RAILROAD COMPANY**, a Delaware corporation<br><br>Defendant. | No. 3:22-cv-05616-DGE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Order of Dismissal. The parties stipulate that the above-captioned case be dismissed with prejudice. The parties further agree to bear their own costs and attorneys' fees. Having considered the filings, applicable law, and being otherwise fully advised, it is hereby:

ORDERED that the case be DISMISSED with prejudice and that each party shall bear their own costs and attorneys' fees.

DATED this 3rd day of January 2024.

_____
David G. Estudillo
United States District Judge

ORDER - 1

ROSSI VUCINOVICH PC
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

>Tab Wood
>Jason Evans
>SUSSMAN SHANK LLP
>1000 SW Broadway, Suite 1400
>Portland, OR 97205-3089
>Telephone: (503) 227-1111
>Facsimile: (503) 248-0130
>twood@sussmanshank.com
>jevans@sussmanshank.com
>*Attorneys for Defendant*

Dated: January 3, 2024

                                          *s/ Jonah Dieguez*
                                          Jonah Dieguez, Legal Assistant
                                          jdieguez@rvflegal.com

ORDER - 2